UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| STEPHEN PAUL JARRELL, | : | Case No. 3:16-cv-00095 |
|---|---|---|
| Plaintiff, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| SECRETARY OF VETERANS AFFAIRS, et al., | : | |
| Defendants. | : | |

# ORDER

This case is before the Court upon Plaintiff's pro se Motion for a Medical Examination (Doc. #35) to which the sole remaining Defendant, the Secretary of Veterans Affairs, has not responded. Plaintiff seeks an Order permitting or requiring his medical examination under Fed. R. Civ. P. 35.

Rule 35(a) gives this Court discretion to order "a party whose mental or physical condition… is in controversy to submit to a physical or mental examination…." Such an order "may be made only on motion for good cause and on notice to all parties and the person to be examined." Fed. R. Civ. P. 35(a)(2). Contrary to Plaintiff's contentions, Rule 35 "does not permit a party to seek his own medical examination…." *Gannaway v. Prime Care Medical, Inc.*, 150 F.Supp.3d 511, 524 n.4 (E.D. Pa., 2015).

It is therefore ORDERED that Plaintiff's Motion for a Medical Examination (Doc. #35) is DENIED.

October 17, 2017  *s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge